**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

| | |
|---|---|
| KENYATA JORDAN *et al.* <br> ADC #94649 | PLAINTIFFS |
| V.            NO: 5:08CV00101 JMM/HDY | |
| W.C. BRASSELL <br> DETENTION CENTER *et al.* | DEFENDANTS |

**ORDER**

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Curlan McCray's motion to be dismissed as a Plaintiff (docket entry #7) is GRANTED, McCray's claims against Defendants are DISMISSED WITHOUT PREJUDICE, and McCray's name is removed as a party Plaintiff.

DATED this __8__ day of May, 2008.

_____
UNITED STATES DISTRICT JUDGE