**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

KENYATA JORDAN *et al.*                                                                    PLAINTIFFS
ADC #94649

V.                                    NO: 5:08CV00101 JMM/HDY

W.C. BRASSELL
DETENTION CENTER *et al.*                                                              DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. The motion for leave to proceed *in forma pauperis* filed by Plaintiff Trevion Dickson (docket entry #11) is DENIED.

2. The motion to be dismissed as a Plaintiff filed by Ronnie D. Holbert (docket entry #13) is GRANTED, Holbert's claims are DISMISSED WITHOUT PREJUDICE, and his name is removed as a party Plaintiff.

3. The claims of Plaintiffs Trevion Dickson, Chavarion Walker, and Anthony L. Collins, are DISMISSED WITHOUT PREJUDICE for failure to comply with Local Rule 5.5(c)(2), and their names are removed as party Plaintiffs.

4. Plaintiff Kenyata Jordan's claims against the W.C. Brassell Detention Center are

DISMISSED WITH PREJUDICE, and its name is removed as a party Defendant.

DATED this   8   day of July, 2008.

_____
UNITED STATES DISTRICT JUDGE